**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| SAMUEL A. BYLER, INDIVIDUALLY, MELVIN R. YODER, INDIVIDUALLY, EMANUEL A. YODER, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS OF THE OLD ORDER AMISH OF SUGAR GROVE TOWNSHIP, WARREN COUNTY, PENNSYLVANIA, | No. 284 WAL 2016 <br><br> Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| Petitioners | |
| v. | |
| SUGAR GROVE AREA SEWER AUTHORITY, | |
| Respondent | |

## ORDER

**PER CURIAM**

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is DENIED.